

| | | | | |
|---|---|---|---|---|
| Maxfield v. State . . . . . . . . . . . . . . . | 16A01–1608–CR–1970 | 02/15/2017 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| N.D., In re . . . . . . . . . . . . . . . . . . . . | 41A01–1605–JT–1036 | 02/15/2017 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Donald v. State . . . . . . . . . . . . . . . | 45A03–1610–RS–2386 | 02/15/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Dismissed<br>Concurs<br>Concurs |
| Clingerman v. State . . . . . . . . . . . . | 79A05–1608–CR–1955 | 02/15/2017 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Faulkner v. State. . . . . . . . . . . . . . | 79A05–1605–CR–1103 | 02/15/2017 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Reversed<br>Concurs<br>Concurs |
| Moss v. State . . . . . . . . . . . . . . . . . | 71A03–1609–CR–2067 | 02/15/2017 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| A.B., In re . . . . . . . . . . . . . . . . . . . . | 48A02–1608–JT–1964 | 02/15/2017 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Tyson v. State. . . . . . . . . . . . . . . . . | 49A02–1603–CR–472 | 02/16/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| T.C. v. State . . . . . . . . . . . . . . . . . | 32A01–1606–JV–1318 | 02/16/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Price v. State . . . . . . . . . . . . . . . . . | 49A05–1604–CR–910 | 02/16/2017 | CRONE, J.<br><br>RILEY, J.<br>ALTICE, J. | Affirmed and remanded<br>Concurs<br>Concurs |
| Matter of J.S. v. State . . . . . . . . . . | 32A01–1606–JV–1480 | 02/16/2017 | DARDEN, Sr. J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| A.E.S.H., Matter of . . . . . . . . . . . . . | 40A01–1608–JT–1998 | 02/16/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |